(June 19, 1942.)

GASPARE PUCCIO, Respondent, v. METROPOLITAN JOCKEY CLUB, Appellant.

PER CURIAM. The record contains no evidence that the plaintiff slipped upon any of the litter which is claimed to have been upon the stairs of the grandstand where he fell. There is no reason to assume, therefore, that the plaintiff's fall was caused by any negligence of the defendant rather than by the moist condition of the stairs for which the defendant was not responsible.

The judgment should be reversed, with costs, and the complaint dismissed, with costs.

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Judgment unanimously reversed, with costs, and the complaint dismissed, with costs.

In the Matter of the Arbitration of Controversies between SHEFFIELD FARMS CO., INC., Appellant, and FENTON G. HIBBITS, as President, and MURRAY ZEISLER, as Treasurer, of Local 584, Unit No. 3, International Brotherhood of Teamsters, Chauffeurs, Stablemen and Helpers of America, Respondent.

PER CURIAM. The order must be affirmed solely on the ground that the award against the respondent is not within the scope of the controversy submitted to the arbitrator in accordance with the procedure specified in the contract.

The order should be affirmed, with twenty dollars costs and disbursements.

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Order unanimously affirmed, with twenty dollars costs and disbursements.